**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| LINDA L. ELLIS, )<br>)<br>  Plaintiff, )<br>)<br>vs. )  1:05-cv-1603-JDT-TAB<br>)<br>MV TRANSPORTATION, )<br>)<br>  Defendant. ) | |

**Entry Discussing Motion to Proceed *In Forma Pauperis*
and Directing Further Proceedings**

**I.**

The plaintiff's request to proceed *in forma pauperis* is granted to the extent that she shall be permitted to pay the filing fee in installments of $50.00. The first such installment shall be paid **not later than December 1, 2005,** and the balance of the filing fee shall be paid in equal payments on or before the first day of each subsequent month. The full filing fee is $250.00.

**II.**

The plaintiff shall have **through December 1, 2005,** in which to **supplement** her complaint by submitting a copy of the charge of discrimination she filed with the Equal Employment Opportunity Commission.

She shall have **through December 1, 2005,** in which to **further supplement** her complaint by stating (a) the address of where she was previously employed by the defendant; and (b) the relief she seeks in this action.

   **IT IS SO ORDERED.**

_____
John Daniel Tinder, Judge
United States District Court

Date: 10/28/2005

Copies to:

Linda L. Ellis
1044 W. 37th Street
Indianapolis, IN   46208